UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA THOMAS GERALD MARKHAM,

Defendant.

CASE NO. CR 26-128-RAJ

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged with possession of a controlled substance with intent to distribute. If convicted as charged, he faces a mandatory minimum term of imprisonment of ten years.

Defendant has a lengthy criminal history going back to 1998. Although a large number of his convictions relate to the unlawful operation of a motor vehicle, Defendant also has convictions for possession of controlled substances, property destruction, trespass, vehicle prowl, and pending burglary in the first degree, assault in the first degree and assault in the second degree charges. Approximately 67 warrants for Defendant's arrest have been issued. While

Defendant has a residence and has lived in Washington his entire life, the seriousness and strength of the charges and his criminal history cut against release. Additionally, the government proffered that Defendant was stopped in April 2026 and a pound of methamphetamine was seized from him. When his residence was searched months later, police discovered about 3 pounds of methamphetamine. The Court finds Defendant has failed to overcome the rebuttal presumption that he is both a danger to the community and risk of flight and therefore

**ORDERS**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 3rd day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge